■ KEN LITTLE, Appellant, v LEE YUH TZONG, Respondent. [802 NYS2d 237]—

In an action to recover damages for personal injuries, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Queens County (Satterfield, J.), dated December 1, 2003, as granted the defendant's motion for summary judgment dismissing the complaint on the ground that he did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The affirmed medical report of the defendant's examining orthopedist, who examined the plaintiff and determined that he sustained a lumbar sprain from which he had completely recovered, was sufficient to establish a prima facie case that the plaintiff did not sustain a serious injury (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955 [1992]). The plaintiff's submissions, however, were insufficient to raise a triable issue of fact. Accordingly, the Supreme Court properly granted the defendant's motion for summary judgment dismissing the complaint. Schmidt, J.P., S. Miller, Mastro, Spolzino and Lunn, JJ., concur.